| | | |
|---|---|---|
| CAAP–11–00 00167 | State v. Zulueta | Affirmed |

## March 7, 2012

| | | |
|---|---|---|
| CAAP–11–00 00092 | State v. Domingo | Affirmed |
| CAAP–10–00 00160 | State v. Molina | Affirmed |

## March 12, 2012

| | | |
|---|---|---|
| 30447 | State v. Cummins | Affirmed |

## March 14, 2012

| | | |
|---|---|---|
| CAAP–11–00 00348 | Ling v. Department of Educ. | Affirmed |
| 29203 | Marn v. Marn | Affirmed |

## March 16, 2012

| | | |
|---|---|---|
| 30195 | State ex rel. Office of Consumer Protection v. Metro Club Inc. | Affirmed |

## March 20, 2012

| | | |
|---|---|---|
| 29542, 29543, 29559 | State v. Nakatsu | Affirmed |

## March 21, 2012

| | | |
|---|---|---|
| 29663 | Bowers v. Association of Apartment Owners of Keauhou Kona Surf & Racquet Club, Inc. | Affirmed |
| CAAP–11–00 00067 | Hawaii Elec. Light Co., Inc., In re | Affirmed |
| CAAP–11–00 00049 | State v. Ngo | Affirmed |

## March 29, 2012

| | | |
|---|---|---|
| CAAP–11–00 00520 | Stanton v. State | Affirmed |